**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __I__          Investigating Agency __FBI__

**City**    __Framingham / Cambridge__         **Related Case Information:**

**County**  __Middlesex__

| | | |
|---|---|---|
| Superseding Ind./ Inf. | | Case No. |
| Same Defendant | X | New Defendant |
| Magistrate Judge Case Number | | 21-7174-JCB |
| Search Warrant Case Number | | |
| R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name   __Avtar Singh Dhillon__          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name

Address   (City & State) __Long Beach, CA__

Birth date (Yr only): __1961__   SSN (last4#): _____   Sex __M__   Race: _____   Nationality: __Canadian__

**Defense Counsel if known:**   __George Vien, Esq.__          Address  __Donnelly, Conroy & Gelhaar, LLP__

**Bar Number**                                                       __260 Franklin Street Suite 1600__
                                                                     __Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA**   __James R. (JR) Drabick__          Bar Number if applicable   __667460__

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   __08/04/2021__

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: __Magistrate Judge Pedro Castillo__   on   __8/4/2021__

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☐ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  09/30/2022          Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 15 USC §§ 78p & 78ff | Willful Failure to Disclose Stock Sales (17 C.F.R. § 240.16a-3(a)) | 1 |
| Set 2 | 15 USC §§ 77e and 77x | Sale of Unregistered Securities; Aiding & Abetting | 2 |
| Set 3 | 18 USC § 371 | Touting Compensation Nondisclosure Conspiracy | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Also related to miscellaneous sealed matter 21-mc-91063-NMG.