# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>DHILLON                             )<br>)<br>        Defendant.             )<br>) | No. 1:22-CR-10265<br>No. 1:21-MJ-7174 |

## WITHDRAWAL OF APPEARANCE

The undersigned Assistant U.S. Attorney will no longer be appearing in this case for the government.

                                                      Respectfully submitted,

                                                      LEAH B. FOLEY
                                                      UNITED STATES ATTORNEY

Dated: February 3, 2025       By:    */s/ James R. Drabick*
                                                    JAMES R. DRABICK
                                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 3, 2025       By:    */s/ James R. Drabick*
                                                      JAMES R. DRABICK
                                                    Assistant United States Attorney